IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40167
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARK BATTISTA,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:96-CR-59
- - - - - - - - - - -
August 18, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

    Mark A. Battista appeals his sentence in a guilty-plea conviction for possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1).  He argues that the district court erred in assessing a four-point enhancement to his base offense level under U.S.S.G. § 2K2.1(b)(5) for possession of a firearm in connection with the possession of methamphetamine.

    We have reviewed the record and the briefs of the parties and conclude that the district court did not err in applying

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 2K2.1(b)(5).  <u>See</u> <u>United States v. Condren</u>, 18 F.3d 1190, 1197-98 (5th Cir. 1994).  The judgment of the district court is AFFIRMED.